# UNITED STATES DISTRICT COURT
## FOR THE STATE OF SOUTH DAKOTA, WESTERN DIVISION

| | |
|---|---|
| HOLLI LUNDAHL<br><br>    Petitioner<br><br>vs.<br><br>STATE OF WYOMING PROSECUTORS DOYLE DAVIES AND ANNE WASSER-BERGER, WYOMING JUDGES MATT CASTANO, NATHANIAL HIBBEN, SCOTT PEASLEY, PATRICK KORRELL AND DENNIS MEIER, WYOMING DEPUTY ATTORNEY GENERAL JUSTIN DARAIE; WYOMING DIRECTOR OF THE DEPT. OF TRANSPORTATION - LUKE REINER;; WYDOT EXECUTIVE ASSISTANT TO DIRECTOR - SUSAN ELLIOT; CABINET SECRETARY TO THE SOUTH DAKOTA DEPT. OF PUBLIC SAFETY – CRAIG PRICE; SOUTH DAKOTA JUDGE TODD HYRONIMUS AND SOUTH DAKOTA PROSECUTOR ALEX WEISS<br><br>    Respondents. | CIVIL NO.<br><br>**EMERGENCY PETITION FOR PERMISSION TO FILE THE FOLLOWING PETITION FOR WRIT OF HABEAS CORPUS AGAINST THE NAMED RESPONDENTS PURSUANT TO JUDGE VIKEN'S PRE-FILING ORDER**<br><br>**EMERGENCY PETITION UNDER 28 U.S.C. § 2241 FOR WRIT OF HABEAS CORPUS BY A PERSON [PETITIONER] IN CUSTODY OF SEVERAL STATE COURTS FOR THE SAME ALLEGED OFFENSE OF DRIVING UNDER AN UNCONSTITUTIONAL, VOID AND EXPIRED SUSPENSION ORDER**<br><br>**TO BE HEARD WITH PETITIONER'S EMERGENCY MOTION TO STAY ALL TRIAL PROCEEDINGS PRESENTLY SET FOR OCTOBER 23, 2019 AND OCTOBER 25, 2019** |

COMES NOW HOLLI LUNDAHL to file this Petition for Permission to file a WRIT OF HABEAS CORPUS against the named Respondents: STATE OF WYOMING PROSECUTORS: DOYLE DAVIES AND ANNE WASSERBERGER, WYOMING JUDGES MATTCASTANO, NATHANIAL HIBBEN, SCOTT PEASLEY, PATRICK KORRELL AND MEIER, WYOMING DEPUTY ATTORNEY GENERAL JUSTIN DARAIE; WYOMING DIRECTOR OF THE DEPT. OF TRANSPORTATION- LUKE REINER;: WYDOT EXECUTIVE ASSISTANT TO DIRECTOR - SUSAN ELLIOT; CABINET: SECRETARY TO THE SOUTH DAKOTA DEPT. OF PUBLIC SAFETY – CRAIG PRICE; SOUTH DAKOTA JUDGE TODD HYRONIMUS AND SOUTH DAKOTA PROSECUTOR ALEX WEISS

The Pre-filing order requires the following requisites for filing:

A  At the time of the filing of any pleading Ms. Lundahll has prepaid in full the applicable filing fee required by the Clerk of Court;

HOLLI'S RESPONSE: On the morning of October 15, 2019, HOLLI paid the full filing fee in this case.

C. Ms. Lundahl provides the Clerk of Court with This Petition For Permission To File her complaint and including all of the following:

1. As exhibit A to this submission, a copy of VIKEN's pre-filing order.
ANSWER: Pre-filing order is attached.

2. As exhibit B to this submission, a declaration prepared pursuant to 28 U.S.C. § 1746 certifying that the claim Ms. Lundahl wishes to file is a new claim never before raised by her in any court in the District of South Dakota; If so, under what circumstances:

ANSWER: Said Declaration is attached hereto as exhibit "B".

3. As exhibit C to the submission, a listing by full caption of each and every lawsuit previously filed by Ms. Telford in any federal or state court against each and every defendant to this lawsuit she wishes to file;

**HOLLI'S RESPONSE:** See Exhibit "C". Two Habeas Petitions in state Court. The first one was dismissed without prejudice for lack of venue 1 year later. See exhibit "18" attached to Habeas Petition. The second Petition is sitting in district court without disposition in violation of Petitioner's 14th Amendment rights.

4. As exhibit D to the submission, attach a copy of the disposition of each Habeas Corpus Petition.

**HOLLI'S RESPONSE:** Only one disposition was made in a De Facto Habeas Corpus Petition that was filed under Ex Parte Young. That

action was dismissed by the chief judge of the 8th judicial district one year later and the disposition is attached as exhibit "18' to Petitioners Petition for writ of Habeas Corpus.

5. As exhibit E to the submission a list of any judgments re monetary sanctions previously imposed on Ms. Lundahl, or any person acting with her, and the status of payment on any such financial obligation.

**HOLLI'S RESPONSE:** EXHIBIT "E" attached does not contain any monetary judgments against Holli re monetary sanctions as applied to pre-filing orders or civil prosecutions. There is being sought fines and sentence fees against Petitioner for a void default traffic offense and an unnoticed and void suspension order which is the subject of this habeas petition and which HOLLI seeks to have declared VOID for the reasons set forth therein

Dated: October 15, 2019

*Holli Lundahl*

3.



IT IS FURTHER ORDERED that ANPC's motion for an extension of time to file an answer (Docket 45) is denied as moot.

IT IS FURTHER ORDERED that plaintiffs' request and motion regarding filing restrictions in the District of Utah (Dockets 78 & 79) are denied as moot.

IT IS FURTHER ORDERED that plaintiffs' motion to continue (Docket 86) is denied because it fails to state good cause.

IT IS FURTHER ORDERED that Holli Telford, both individually and through a third person, and under any current or future aliases, is permanently enjoined from filing any further civil lawsuits, motions to intervene, or other pleadings in the United States District Court for the District of South Dakota unless:

A. At the time of the filing of any pleading Ms. Telford has prepaid in full the applicable filing fee required by the Clerk of Court;

B. The pleadings are signed pursuant to Fed. R. Civ. P. 11 by an attorney admitted to the court; or

C. Ms. Telford provides the Clerk of Court with a complaint or pleading including all of the following:

    1. As exhibit A to the submission a copy of this permanent injunction; and

    2. As exhibit B to the submission a declaration prepared pursuant to 28 U.S.C. § 1746 or a sworn affidavit certifying that the claim Ms. Telford wishes to file is a new claim never before raised by her in any court in the District of South Dakota; and

    3. As exhibit C to the submission a listing by full caption of each and every lawsuit previously filed by Ms. Telford in any federal or state court

    against each and every defendant to the lawsuit she wishes to file; and

4. As exhibit D to the submission attach a copy of each such previous complaint and a certified copy of its disposition; and

5. As exhibit E to the submission a list of any judgments or monetary sanctions previously imposed on Ms. Telford, or any person acting in concert with her, and the status of payment on any such financial obligation.

D. If Ms. Telford provides a submission under Part C, the judge presiding over the case shall review the submission and determine whether it will be approved for filing.

IT IS FURTHER ORDERED that the Clerk of Court for the District of South Dakota shall not file any pleading on behalf of Ms. Telford or anyone acting in concert with her unless the pleading complies with the directives prescribed above.

Dated February 26, 2018.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE



## 28 U.S.C. § 1746 Declaration By Holli Lundahl aka Holli Telford

I, Holli Lundahl, declare under penalty of Perjury, the following:

1. I forthwith complete this declaration pursuant to the VOID and abusive pre-filing order entered by Judge Viken

2. I certify that I have never before raised in any United States District Court in South Dakota, claims against the respondents in this Habeas Corpus petition to include: State of Wyoming prosecutors Doyle Davies and Anne Wasserberger; Wyoming Judges Matt Castano, Nathaniel Hibben; Scott Peasley, Patrick Korrell and Dennis Meier; Wyoming Deputy Attorney General Justin Daraie; Wyoming Director to the South dakota Dept of Public Safety Craig Price, South Dakota Judge Todd Hyronimus and South Dakota Alex Weiss.

Pursuant to the authority of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief. Executed in Rapid City, South Dakota, on October 15, 2019.

_____
Holli Lundahl

* There was an attempt to sue some of the Transportation Defendants and involved judges in Lundahl v. Chase, et al, case no 17:CV-5064 before Judge Lawrence Piersols court, But Judge Piersal did not accept the foregoing respondents into the Amended Complaints filed under section 1983 & exparte Young.

C.

1. Lundahl previously filed a Habeas petition against Respondent Vincent Case.
   Disposition: Case was dismissed without prejudice for lack of venue.

2. Lundahl filed another Habeas Petition in the District Court of Wyoming assigned to Scott Peasley. This Judge is sitting on this Petition in violation of the 14th Amendment

D

Previous Complaint was Lundahl v Chase # 17-cv-5069 LLP. Judge Piersol did not permit or accept amendment of the complaint adding these Defendants

"E"

No prefiling sanctions or other monetary sanctions having to do with civil litigation exist to Petitioners knowledge